**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**AT BALTIMORE**

In Re:   John R Huling, Jr.                    Case No. 24-15036
                                                Chapter 13

**OBJECTION BY SECURED CREDITOR TO PROPOSED PLAN**

Comes now the secured creditor, Lakeview Loan Servicing, LLC (LoanCare, LLC, servicer), which holds a Deed of Trust secured by the Debtor's real property at 414 Water St Unit 1501, Baltimore, Maryland 21202, by and through its attorney, Michael T. Cantrell, Esq., and objects to the proposed plan and to confirmation and for reason therefore states as follows:

1. The Debtor has proposed a plan which includes no provision for payment of arrearages owed to Lakeview Loan Servicing, LLC (LoanCare, LLC, servicer).

2. The secured creditor Lakeview Loan Servicing, LLC (LoanCare, LLC, servicer) anticipates filing a Proof of Claim with pre-petition arrearages due in the approximate amount of $887.06.

3. The plan as proposed by the Debtor would therefore be insufficient to pay the claim of Lakeview Loan Servicing, LLC (LoanCare, LLC, servicer).

4. Pursuant to a previous request from the Court to so advise it and the parties, Counsel for the Creditor does not intend to appear in Court regarding this Objection

Wherefore the Secured Creditor prays this court to enter an Order

1. Denying confirmation of the proposed Chapter 13 Plan, or alternatively

2. Modifying the Chapter 13 Plan to provide for payment in full of the Claim filed by the secured creditor, or alternatively

3. For such other and further relief as the Court deems appropriate.

24-600542

          Respectfully submitted:

          */s/ Michael T. Cantrell, Esq.*
          Michael T. Cantrell, Esq.
          Attorney for Secured Creditor
          Bar No. 08793
          McCabe, Weisberg & Conway, LLC
          312 Marshall Avenue, Suite 800
          Laurel, MD 20707
          301-490-3361
          bankruptcymd@mwc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2024 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

**Robert M. Stahl, IV**
Robert M. Stahl, LLC
1142 York Road
Lutherville, MD 21093
Email: stahllaw@comcast.net

**Rebecca A. Herr**
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
Email: ecf@ch13md.com

I hereby further certify that on June 28, 2024, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

**John R Huling, Jr.**
414 Water Street #1501
Baltimore, MD 21202
(Via U.S Mail)

          */s/ Michael T. Cantrell, Esq.*
          Michael T. Cantrell, Esq.

24-600542